## UNITED STATES DISTRICT COURT
### for the Northern District of California

DOROTHY NEAL SEACAT, individually, )
and BILLY GENE SEACAT, spouse, )
)
           Plaintiffs, )
v. )  Civil Action No.
)
PFIZER, INC., MONSANTO COMPANY, )
PHARMACIA CORPORATION, and )
G.D. SEARLE LLC, )
(FKA G.D. SEARLE & CO.), )
           Defendants. )

**CRB**

**CV 08  3650**

### Summons in a Civil Action

To:
Pfizer, Inc., c/o
CT Service Corporation
818 West Seventh Street
Los Angeles, CA 94111

A lawsuit has been filed against you.

Within days 20 after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert S. Lafferrandre
Stephen C. Hailey
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73106
405 235-1611, 405 235-2904 facsimile

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                          Richard W. Wieking
                                          Name of clerk of court
       JUL 3 0 2008                    **ANNA SPRINKLES**
Date: _____       _____
                                            Deputy clerk's signature

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.


Date: _____        _____
                           Server's signature


                           _____
                           Printed name and title



                           _____
                           Server's address

# UNITED STATES DISTRICT COURT
## for the Northern District of California

DOROTHY NEAL SEACAT, individually, )
and BILLY GENE SEACAT, spouse,           )
                                                                       )
                            Plaintiffs,            )
v.                                                            )   CV 08  Civil Action No.   3650
                                                                       )
PFIZER, INC., MONSANTO COMPANY, )
PHARMACIA CORPORATION, and    )
G.D. SEARLE LLC,                                  )
(FKA G.D. SEARLE & CO.),                  )
                            Defendants.        )

**Summons in a Civil Action**

To:
Pharmacia Corp., c/o
CT Service Corporation
818 West Seventh Street
Los Angeles, CA 94111

A lawsuit has been filed against you.

Within days 20 after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert S. Lafferrandre
Stephen C. Hailey
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73106
405 235-1611, 405 235-2904 facsimile

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

|  | Richard W. Wieking |
|---|---|
|  | Name of clerk of court |
| Date: JUL 3 0 | **ANNA SPRINKLES** |
|  | Deputy clerk's signature |

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
_____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

## UNITED STATES DISTRICT COURT
### for the Northern District of California

| | |
|---|---|
| DOROTHY NEAL SEACAT, individually, )<br>and BILLY GENE SEACAT, spouse,      )<br>                                                              )<br>                           Plaintiffs,           )<br>v.                                                         )<br>                                                              )<br>PFIZER, INC., MONSANTO COMPANY, )<br>PHARMACIA CORPORATION, and       )<br>G.D. SEARLE LLC,                                 )<br>(FKA G.D. SEARLE & CO.) ,                 )<br>                           Defendants.        ) | CV 08   3650<br>Civil Action No.     CRB |

### Summons in a Civil Action

To:
G.D. Searle & Co., c/o
CT Service Corporation
818 West Seventh Street
Los Angeles, CA 94111

A lawsuit has been filed against you.

Within days _____ after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert S. Lafferrandre
Stephen C. Hailey
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73106
405 235-1611, 405 235-2904 facsimile

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                      Richard W. Wieking
                                                      Name of ANNA SPRINKLES

Date: ____JUL 3 0 2008_____       _____
                                                              Deputy clerk's signature

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address