1  Robert S. Lafferrandre
   **Pierce Couch Hendrickson**
2  **Baysinger & Green, LLP**
   1109 North Francis
3  Oklahoma City, OK 73106
   Telephone: 405-235-1611
4  Facsimile: 405-235-2904
   *Attorneys for Plaintiffs*
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX            | Case No.: 3:08-cv-03650-CRB
   | MARKETING SALES PRACTICES AND         |
13 | PRODUCT LIABILITY LITIGATION          | MDL NO. 1699
   |                                       | District Judge: Charles R. Breyer
14 |                                       |
   | Dorothy Neal Seacat, individually, and Billy |
15 | Gene Seacat,                          |
   |                                       | **STIPULATION AND ORDER OF**
16 |                           Plaintiffs, | **DISMISSAL WITH PREJUDICE**
17 | vs.                                   |
18 |                                       |
   | Pfizer Inc, et al.,                   |
19 |                                       |
   |                           Defendants. |
20

21     Come now the Plaintiffs in the above-entitled action, Dorothy Neal Seacat and Billy
22 Gene Seacat, and Defendants, by and through the undersigned attorneys, pursuant to Federal
23 Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with**
24 **prejudice** as to the plaintiffs named therein only with each side bearing its own attorneys' fees
25 and costs.
26
27     DATED: **5-26**, 2010     By: _____
28                                    Robert S. Lafferrandre
                                       **Pierce Couch Hendrickson**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**Baysinger & Green, PLLC**
1109 North Francis
Oklahoma City, OK 73106
Telephone: 405-235-1611
Facsimile: 405-235-2904
*Attorneys for Plaintiffs*

DATED: 1/31/2011   By: /S/

Michelle W. Sadowsky
**DLA Piper US LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212.335.4625
Facsimile: 212.884.8675
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb 3, 2011

Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**